ROBINS KAPLAN LLP
Michael F. Ram, SBN #104805
mram@robinskaplan.com
Susan S. Brown, SBN #287986
sbrown@robinskaplan.com
2440 West El Camino Real, Suite 100
Mountain View, California 94040
Telephone: (650) 784–4040
Facsimile: (650) 784–4041

MORGAN & MORGAN
COMPLEX LITIGATION GROUP
John A. Yanchunis (*admitted pro hac vice*)
jyanchunis@ForThePeople.com
Marisa Glassman (*admitted pro hac vice*)
mglassman@ForThePeople.com
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223–5505
Facsimile: (813) 223–5402

ROCK LAW LLP
Matt Malone, SBN #221545
101 Montgomery Street, Suite 1800
San Francisco, California 94104
Telephone: (415) 433–4949
Facsimile: (415) 433–7311

*Attorneys for Plaintiff and Proposed Class*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW PARSONS, individually and on behalf of all others similarly situated,, <br><br> Plaintiff, <br><br> v. <br><br> KIMPTON HOTEL & RESTAURANT GROUP, LLC, <br><br> Defendant. | Case No. 3:16–cv-05387–VC <br><br> **PLAINTIFF'S NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** <br><br> Date:    July 12, 2018 <br> Time:    10:00 a.m. <br> Judge:   Hon. Vince Chhabria <br> Place:   Courtroom 4, 17th Floor |

**NOTICE OF MOTION AND MOTION**

TO DEFENDANT AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on July 12, 2018 at 10:00 a.m. in Courtroom 4, 17th Floor, of this honorable Court located at 450 Golden Gate Avenue, San Francisco, California, before the Honorable Vince Chhabria, Plaintiff, on behalf of himself and the proposed Class, will move this Court for an order (1) preliminarily approving the proposed settlement; (2) provisionally certifying the Settlement Class; (3) appointing Andrew Parsons as Class Representative; (4) appointing John Yanchunis as Lead Class Counsel, and Marisa Glassman, Michael Ram and Matt Malone as Class Counsel; (5) approving the proposed notice and authorizing its dissemination to the Class; (6) appointing Epiq Systems, Inc. ("Epiq") to serve as the Claims Administrator; and (7) setting a schedule for the final approval process including Class Counsel's motion for approval of attorneys' fees, costs and expenses.

Plaintiff brings this motion pursuant to Federal Rule of Civil Procedure 23(e). The motion is based on this Notice of Motion, the Memorandum of Points & Authorities; the Settlement Agreement, and Exhibits; the accompanying Declarations of John Yanchunis, Andrew Parsons and Epiq Systems, Inc.; the [Proposed] Order; the records and file in this action, and on such other matters as may be presented before or at the hearing of the motion. Defendant Kimpton Hotel & Restaurant Group, LLC does not oppose the relief requested by this motion.

| | Event | Timing |
|---|---|---|
| 1. | Individual class notice mailed. | Not later than 30 days after Preliminary Approval Order Signed |
| 2. | Class Counsel to file petition for award of attorneys' fees and reimbursement of expenses | At least 30 days before the deadline for objecting to the Settlement |
| 3. | Requests for Exclusion | No later than one hundred twenty (120) days from the date on which the Notice Program commences |
| 4. | Objections | No later than one hundred twenty (120) days from the date on which the Notice Program commences |
| 5. | Notices of Intention to Appear | At least 14 days before the Final Approval Hearing |

| | Event | Timing |
|---|---|---|
| 6. | Epiq to file declaration that approved notice plan was carried out | At least 7 days before the Final Approval Hearing |
| 7. | Reply in Support of an award of attorneys' fees and reimbursement of expenses | At least 7 days before the Final Approval Hearing |
| 8. | Submissions in Support of the Settlement. | At least 14 days before the Final Approval Hearing |
| 9. | Fairness Hearing. | To be set by court |

Dated: May 23, 2018         **MORGAN & MORGAN COMPLEX LITIGATION GROUP**

By: /s/ *John A. Yanchunis*
John A. Yanchunis *(pro hac vice)*
Florida Bar No. 324681
jyanchunis@ForThePeople.com
Marisa Glassman *(pro hac vice)*
Florida Bar No. 111991
mglassman@ForThePeople.com
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223–5505
Facsimile: (813) 223–5402

Michael F. Ram, SBN #104805
Email: MRam@RobinsKaplan.com
Susan Brown, SBN #287986
Email:SBrown@RobinsKaplan.com
ROBINS KAPLAN, LLP
2440 W. El Camino Real, Suite 100
Mountain View, California 94040
Telephone: (650) 784–4040
Facsimile: (650) 784–4041

Matt Malone, SBN #221545
ROCK LAW LLP
101 Montgomery Street, Suite 1800
San Francisco, California 94104
Telephone:     (415) 433–4949
Facsimile:     (415) 433–7311
Email: mjm@rocklawcal.com

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW