# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE WALTERS & ANDREW PARSONS, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>KIMPTON HOTEL & RESTAURANT GROUP, LLC<br><br>      Defendant. | Case No. 3:16-cv-05387-VC<br><br>[Honorable Vince G. Chhabria]<br><br>**SETTLEMENT AGREEMENT**<br><br>Action Filed: September 20, 2016 |

## SUPPLEMENTAL DECLARATION OF CAMERON R. AZARI, ESQ.

I, Cameron Azari, declare as follows:

1. My name is Cameron R. Azari, Esq. I have personal knowledge of the matters set forth herein, and I believe them to be true and correct.

2. I am a nationally recognized expert in the field of legal notice and I have served as an expert in dozens of federal and state cases involving class action notice plans.

3. I am the Director of Legal Notice for Hilsoft Notifications ("Hilsoft"); a firm that specializes in designing, developing, analyzing and implementing large-scale, un-biased, legal notification plans. Hilsoft is a business unit of Epiq's Class Action and Mass Tort division ("Epiq"). I previously executed my *Declaration of Cameron R. Azari, Esq, on Settlement Notice Plan* in the matter on May 21, 2018.

4. The parties to the proposed Settlement in this matter have asked that we provide information in response to questions asked by the Court in its denial of Preliminary Approval of

the proposed Settlement. The information has been developed by me and my staff and by my colleagues at Epiq.

*Notice*

5. In order to address the Court's questions on the media choices made in the Notice Plan we looked at the specific target of adults who are members of the IHG Reward's Club, which is the points program that includes Kimpton hotels.

6. *People Magazine* – We chose People because it is the No. 1 consumer publication in the US. It is a very good general circulation publication for distributing the notice widely. Additionally, People does well against adults who travel frequently. For "Frequent Fliers," "Frequent Hotel Guests" and "Adults who use a Travel Agent," People "indexes" well. This means that adults who fall into these groups are more likely than average to read People Magazine. Adults who are members of the IHG Rewards Club are 15% more likely than average to read People.

7. **Online Media** – We recommend that the Plan continue to use Google, Facebook and Yahoo! To address the Court's request to see more targeted media, we recommend adding in two more layers.

- Facebook: Targeted to people whose interests include Kimpton Hotels & Restaurants, and
- Google Display Network: Custom Intent Audience of people who are actively researching or planning "Hotel Accommodations," "Hotels and Resorts," and "Online Hotel Booking."

These elements increase the targeting of the program while also maintaining the breadth of online advertising needed to get the reach number we need.

8. These changes increase the online impressions of the Plan from 175 million to 190 million. Sponsored Search Listings on Google, Yahoo! and Bing and the Press Release will still

be included.  The overall cost of the plan will not increase. The overall Notice Plan reaches 70.4% of the target audience, an average of 2.0 times each.

*Data Breach Settlement Claim Forms*

9. In its denial of Preliminary Approval, the Court raised several questions about the proposed Claim Form, including the amount and type of information requested.

10. In data breach matters, it can be difficult to determine how many people were impacted (or damaged) by the incident due to the nature of the breach and the harms that may occur.  Many claimants may be unfamiliar with how a data breach may have affected them; therefore, outlining the possible categories of recovery in the Claim Form provides the claimant with avenues to recall their past experience and properly account for them.  Without access to all financial records for every claimant, it may be impossible to determine if a claimant was effected unless they provide this information.

11. Describing types of eligible expenses on the Claim Form will also serve to discourage the inclusion of ineligible expenses.  In turn, this will greatly reduce the processing time of each claim (thus driving down administration costs and ensuring adherence to the administrative timeline).

12. If the Claim Form was "simplified" to only require claimants to check a box and then provide any-or-all supporting documentation, the administrator would need to sift through many documents of different varieties, possibly stretching the limits of reasonable analysis or judgment calls.  In our experience, providing descriptions of eligible expenses on the Claim Form, requiring a claimed amount, and giving examples of required documentation, enhances the claimant experience by streamlining the information gathering process and sets realistic expectations for the claimant's potential recovery.

13. With a more fulsome Claim Form, the claimant is informed of the time-frame of the breach. And because they are most familiar with the associated transactions or expenses, they are the most qualified to determine which of the listed, eligible expenses should be included on their claim. After receiving the information from the claimant, the administrator will then verify the type of supporting document(s), the amount claimed, and the overall eligibility (time-frame, signature, card, etc.). Sorting recyclables before shipping off to the recycling plant is an illustrative analogy - without the pre-sort done by the user, the process may become too inefficient, cost-ineffective, or impossible.

*Claimant Experience in Similar Matter (TAN v PNI)*

14. A comparable data breach settlement to the Kimpton Settlement is *T.A.N. v. PNI Digital Media, Inc.*, Case No. 2:16-cv-132-LGW-RSB (United States District Court for the Southern District of Georgia) ("TAN v PNI"). That settlement involved a security incident which potentially affected customers who used their credit, debit, or other payment card between June 2014 and the end of July 2015 at a retailer for photo services (e.g. CVS Pharmacy, Inc., Costco Wholesale Corporation, Rite Aid Corporation) using PNI's computer systems. In that matter, notice was sent to ~750k records and claims were available to be submitted via paper claims or an electronic online filing module. Included here are statistics relevant to the claimant experience in *TAN v PNI*. The Claim Form in *Tan v PNI* is very similar to the Claim Form proposed here, and is attached as Exhibit A.

15. How long did it take claimants to input information online, in *TAN v PNI*? There were six (6) web pages included in the TAN v PNI electronic online filing module (the last being a confirmation page). Here is a breakdown of average time on page:

| Page | Description | Avg Time On Page |
|---|---|---|
| 1 | Contact Info | 0:31 |
| 2 | Section 1 | 1:41 |

| 3 | Section 2 | 1:04 |
|---|---|---|
| 4 | Section 3 | 0:44 |
| 5 | Supporting Documents | 1:04 |
| 6 | Confirmation | 1:10 |

Thus, the total average time spent on the web claim module was ~5-6 minutes. It is also worth noting that a user "times-out" of the web claim module after 30 minutes of inactivity; therefore, no submission could take longer than 30 minutes. Of course, however, this may not account for time spent gathering materials or supporting documents – but this time will vary greatly among each individual.

16. In *TAN v PNI*, were there complaints from claimants about the claims being too difficult or burdensome to complete? There was a single escalated complaint where a caller stated that they could not retrieve their supporting documentation by the deadline noted in their Notice of Incomplete Claim Form, due to a hurricane. Otherwise, the majority of escalated issues were claimants inquiring about the status of their submission and when payments would be issued.

17. In *TAN v PNI*, the vast majority of claims were submitted online (~2,300 versus only ~50 paper). In taking a majority of submission via the electronic online filing module allowed for a higher rate of facially complete forms to be received by the administrator (the online filing module required certain fields to be entered before advancing through the claim and provided more descriptive information to claimants as they filled out the form). A similar claims process is recommended for the Kimpton Settlement. So, where a Claim Form with pre-populated fields and specified categories of recovery may look long and daunting in paper format, the additional instructions and requested fields serve the purpose of actually assisting claimants in the filing of an online claim (where the vast majority of claims will be filed).

18. A non-public replica of the claim filing module utilized in *TAN v PNI*, can be found at https://www.photoprocessingsettlement.com/preview. The website can be accessed and the claim filing module explored using a username and password that will be sent directly to the Court. A similar claim filing module is proposed for the Kimpton Settlement.

*Claim Filing Statistics in TAN v PNI*

19. Of the ~2,300 received Web Claims, ~770 (~33%) were deemed incomplete due to lack of sufficient supporting documentation. Of the ~50 received Paper Claims, ~35 (~70%) were deemed incomplete for lack of sufficient supporting documentation or other deficiency (e.g. lack of signature, lack of affected card numbers, etc.). Of the ~900 incomplete claim notifications sent, ~90 (~10%) timely returned information that cured their deficiency within a provided 30 day response window. Of the ~2,350 total claims, ~1,450 were determined to be eligible for an award. Here is a breakdown of the award types:

| Type | Claim Categories (majority of Claims contained multiple categories) | Claimed in % of Eligible Claims | Average Eligible Award Amount |
|---|---|---|---|
| A | Fees or Charges from Bank of CC Company due to Fraud Activity | 0.76% | $187.00 |
| A | Fees or Other Charges Relating to Reissuance of CC | 0.28% | $37.00 |
| A | Fees Relating to Account Being Frozen/Unavailable | 0.28% | $102.00 |
| A | Other Incidental Expenses | 0.28% | $98.00 |
| A | Credit Reports, ID Theft Insurance, Credit Monitoring Charges | 2.14% | $78.00 |
| A | Documented Hours on the Phone Dealing with Issue | 97.79% | $36.00 |
| A | Replacement Cards | 4.56% | $31.00 |
| B | Unreimbursed Fraudulent Charges | 1.52% | $528.00 |
| B | Other Unreimbursed Fraudulent Charges | 1.31% | $194.00 |

20. The total maximum award amount for the Type A categories was $250.00. Among the ~1,430 claims that received an award for any "Type A" categories, only six (6) included claimed expenses that exceeded the $250.00 maximum. That is, based on the completed claims

and their supporting documentation, the vast majority of claims fell within the Settlement Agreement's award limitation for Type A categories. There was no maximum award amount for "Type B" claimed expenses. The average overall award was $49.00.

*Potential Claim Form Revisions*

21. After analyzing the previously proposed Kimpton Settlement Claim Form, considering past similar matters, and reviewing the questions asked by the Court, our proposals for modifying the Claim Form are as follows. The stricken text would be removed:

- Revise Section A as follows:

  *In the boxes provided below, please provide the last four digits of the card number for each credit or debit card that you used at a Kimpton hotel or restaurant between February 16, 2016 and July 7, 2016.* ~~For each credit or debit card number, write the name, city, and state of the Kimpton hotel or restaurant where you used the credit or debit card and the date(s) of the transaction(s):~~

- Allow claimants to either provide requested supporting documentation, or provide a narrative description of the expenses, costs, or efforts incurred. With this allowance, we also recommend to include the following in Section B:

  *Please note that your claim is subject to audit and supporting documentation may be requested by the Settlement Administrator for the purposes of verifying your claim.*

I declare under penalty of perjury that the foregoing is true and correct. Executed August 9, 2018.

_____
Cameron Azari

# EXHIBIT A

# PNI SETTLEMENT CLAIM FORM

This Claim Form should be filled out online or submitted by mail if you used a credit or debit card to pay for photo processing services from CVS, Costco, Rite Aid, or other retailer whose photo processing platform was being supported by PNI Digital Media, Inc. ("PNI"), between June 2014 and July 2015, and you had out-of-pocket expenses, fraudulent charges, lost time spent dealing with fraudulent charges or card replacement issues, or unreimbursed extraordinary monetary losses as a result of the PNI Security Incident. You may get a settlement payment, in the form of a check, if you fill out this Claim Form, if the Settlement is approved, and if you are found to be eligible for a payment.

The Settlement Notice describes your legal rights and options. To obtain the Settlement Notice and find more information regarding your legal rights and options, please visit the official Settlement website, www.PhotoProcessingSettlement.com, or call toll-free 1-844-620-5967.

If you wish to submit a claim for a settlement payment electronically, you may go online to the Settlement Website, www.PhotoProcessingSettlement.com, and follow the instructions on the "Submit a Claim" page.

If you wish to submit a claim for a settlement payment via standard mail, you need to provide the information requested below and mail this Claim Form to PNI Settlement Administrator, PO Box 4230, Portland, OR 97208-4230, postmarked by **December 14, 2017**. Please print clearly in blue or black ink.

## 1. CLASS MEMBER INFORMATION

*Required Information:*

First Name          MI    Last Name

Address 1

Address 2

City                                State   ZIP

Country

Phone

*Optional Information:*

Email

## 2. PAYMENT ELIGIBILITY INFORMATION

To prepare for this section of the Claim Form, please review the Settlement Notice and Sections 2.1 through 2.2 of the Settlement Agreement (available for download at www.PhotoProcessingSettlement.com) for more information on who is eligible for a payment and the nature of the expenses or losses that can be claimed.

In order to help us determine if you are entitled to a settlement payment, please provide as much information as possible.

01-CA9354
R9351 v.03 08.04.2017

Questions? Call 1-844-620-5967 or visit www.PhotoProcessingSettlement.com

1

**A. Affected Cards**

In the boxes provided below, please provide the last four digits of the card number for each credit or debit card that you used to pay for photo processing services from CVS, Costco, Rite Aid, or other retailer whose photo processing platform was being supported by PNI between June 2014 and July 2015.

Please be advised that if you have more than five (5) affected cards, you must submit a separate Claim Form for the additional cards. Note that the "Submit a Claim" feature of the Settlement Website supports up to ten (10) affected cards per submission.

Affected Card 1: ☐☐☐☐

Affected Card 2: ☐☐☐☐

Affected Card 3: ☐☐☐☐

Affected Card 4: ☐☐☐☐

Affected Card 5: ☐☐☐☐

**B. Out-Of-Pocket Expenses**

Check the box for each category of out-of-pocket expenses, fraudulent charges, or lost time that you had to pay as a result of the PNI Security Incident. Please be sure to fill in the total amount you are claiming for each category and attach documentation of the charges as described in **bold type** (if you are asked to provide account statements as part of required proof for any part of your claim, you may redact unrelated transactions, if you wish). Please round total amounts to the nearest dollar.

I. Ordinary Expenses Resulting from the PNI Security Incident

☐ Fees or other charges from your bank or credit card company due to fraudulent activity on your card.

Total amount for this category: $ ☐☐☐☐☐☐☐

Examples: Overdraft fees, over-the-limit fees, late fees, or charges due to insufficient funds or interest.

**Required: Attach a copy of a bank or credit card statement or other proof of claimed fees or charges (you may redact unrelated transactions).**

☐ Fees or other charges relating to the reissuance of your credit or debit card.

Total amount for this category: $ ☐☐☐☐☐☐☐

Examples: Fees that your bank charged you because you requested a new credit or debit card.

**Required: Attach a copy of a bank or credit card statement or other receipt showing these fees (you may redact unrelated transactions).**

02-CA9354
R9352 v.03 08.04.2017

Questions? Call 1-844-620-5967 or visit www.PhotoProcessingSettlement.com

2

☐ Fees relating to your account being frozen or unavailable.

Total amount for this category: $ [ ][ ][ ][ ][ ][ ][ ]

Examples: Late fees or interest charged to you by another company because a payment was declined. You had to pay a fee for a money order or other form of alternative payment because you could not use your debit or credit card.

**Required: Attach a copy of receipts, bank statements, credit card statements, or other proof that you had to pay these fees (you may redact unrelated transactions).**

☐ Other incidental telephone, internet, or postage expenses directly related to the PNI Security Incident.

Total amount for this category: $ [ ][ ][ ][ ][ ][ ][ ]

Examples: Long distance phone charges, cell phone charges (only if charged by the minute), or data charges (only if charged based on the amount of data used).

**Required: Attach a copy of the bill from your telephone company, mobile phone company, or internet service provider that shows the charges (you may redact unrelated transactions).**

☐ Credit Reports, identity theft insurance, or credit monitoring charges.

Total amount for this category: $ [ ][ ][ ][ ][ ][ ][ ]

Examples: The cost of a credit report, identify theft insurance, or credit monitoring service(s) that you purchased after hearing about the PNI Security Incident.

**Required: Attach a copy of a receipt or other proof of purchase for each credit report or product purchased (you may redact unrelated transactions).**

☐ Between one (1) and three (3) hours of documented time spent dealing with replacement card issues or in reversing fraudulent charges that occurred as a result of the PNI Security Incident.

Total number of hours claimed: [ ]

Examples: You spent at least one (1) full hour calling customer service lines, writing letters or emails, or on the internet in order to get fraudulent charges reversed or in updating automatic payment programs because your card number changed. Please note that the time that it takes to fill out this Claim Form is not reimbursable and should not be included in the total number of hours claimed.

**Required: If time was spent on the telephone or online, in the space below, describe what you did, or attach a copy of any letters or emails that you wrote. If the time was spent trying to reverse fraudulent charges, describe what you did. If the time was spent updating accounts due to your card being reissued, identify the other accounts that had to be updated (you may redact unrelated transactions).**

_____

_____

_____

_____

03-CA9354
R9353 v.03 08.04.2017

**Questions? Call 1-844-620-5967 or visit www.PhotoProcessingSettlement.com**

3

## II. Reimbursed Fraudulent Charges

☐ Did you also have fraudulent charges to a credit or debit card account that were reversed or repaid? (If so, in addition to your out-of-pocket expenses, you are eligible to claim a $20 cash payment for each credit or debit card on which fraudulent charges were made and reversed or repaid, to compensate for lost time associated with seeking reimbursement for the fraud. *See* Section 2.1 of the Settlement Agreement.)

If so, how many cards had fraudulent charges that were reversed or repaid? ☐☐

**Required: For each card, provide a card statement or other documentation showing (1) one or more fraudulent charges were posted to your account that you believe were caused by the PNI Security Incident, and (2) the charges were later reversed or reimbursed by the bank or credit card company (you may redact unrelated transactions).**

## III. Extraordinary Expenses

☐ Unreimbursed fraudulent charges.

Total amount for this category: $ ☐☐☐☐☐☐☐

Examples: Fraudulent charges that were made on your credit or debit card account and that were not reversed or repaid even though you reported them to your bank or credit card company. *Note: most banks are required to reimburse customers in full for fraudulent charges on payment cards that they issue.*

**Required: Attach a copy of statements that show the fraudulent charges and any correspondence showing that you reported the charges as fraudulent. If you do not have anything in writing, tell us the approximate date and to whom you reported the fraudulent charge. (You may redact unrelated transactions.)**

Date reported: ☐☐ – ☐☐ – ☐☐☐☐
                MM     DD     YYYY

Description of the person(s) to whom you reported the fraud:

_____
_____
_____
_____

☐ Check this box to confirm that you have exhausted all applicable insurance policies, including credit monitoring insurance and identity theft insurance, or that you have no insurance coverage for these fraudulent charges.

04-CA9354
R9354 v.03 08.04.2017

**Questions? Call 1-844-620-5967 or visit www.PhotoProcessingSettlement.com**

4

☐ Other unreimbursed out-of-pocket expenses that were incurred as a result of the PNI Security Incident that are not accounted for in your response above.

Total amount for this category: $ ☐☐☐☐☐☐☐

Examples: This category includes any other unreimbursed expenses or charges that are not otherwise accounted for in your answers to the questions above, including any expenses or charges that you believe were the result of an act of identity theft.

**Required: Describe the expenses and why you believe that they are related to the PNI Security Incident, and provide as much detail as possible about the date you incurred these expenses and the company or person to whom you had to pay them. Please provide copies of any receipts, police reports, or other documentation supporting your claim. The Settlement Administrator may contact you for additional information before processing your claim.**

_____
_____
_____
_____

☐ Check this box to confirm that you have exhausted all credit monitoring insurance and identity theft insurance you might have for these out-of-pocket expenses before submitting this Claim Form.

## C. Certification

I declare under penalty of perjury under the laws of the United States and the State of _____ that the information supplied in this Claim Form by the undersigned is true and correct to the best of my recollection, and that this form was executed on the date set forth below.

I understand that I may be asked to provide supplemental information by the Settlement Administrator or Claims Referee before my claim will be considered complete and valid.

[          ]
Print Name

[          ]    Date [MM] – [DD] – [YY]
Signature

## D. Submission Instructions

Once you've completed all applicable sections, please mail this Claim Form and all required supporting documentation to the address provided below, postmarked by **December 14, 2017**.

PNI Settlement Administrator
PO Box 4230
Portland, OR 97208-4230

05-CA9354
R9355 v.03 08.04.2017

**Questions? Call 1-844-620-5967 or visit www.PhotoProcessingSettlement.com**

5